| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **Remarkable Healthcare of Carrollton, LP**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**     **46-2265960**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4501 Plano Parkway** <br> **Carrollton, TX 75010** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Denton** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**     **www.remarkablehealthcare.net**

**6. Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ■ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Remarkable Healthcare of Carrollton, LP**   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __6231__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☒ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Remarkable Healthcare of Carrollton, LP**     Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Remarkable Healthcare of Carrollton, LP**  
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2.12.18  
MM / DD / YYYY

X  /s/ Laurie B. McPike  
Signature of authorized representative of debtor

**Laurie Beth McPike**  
Printed name

Title  **President of LBJM, LLC, its General Partner**

**18. Signature of attorney**

X  /s/ Mark A. Castillo  
Signature of attorney for debtor

Date  2/12/18  
MM / DD / YYYY

**Mark A. Castillo**  
Printed name

**Curtis | Castillo PC**  
Firm name

**901 Main Street**  
**Suite 6515**  
**Dallas, TX 75202**  
Number, Street, City, State & ZIP Code

Contact phone  **214-752-2222**     Email address  **mcastillo@curtislaw.net**

**24027795**  
Bar number and State

# REMARKABLE HEALTHCARE OF CARROLLTON, LP

## CONSENT OF THE GENERAL PARTNER

The undersigned general partner, constituting the sole general partner (the "General Partner") of Remarkable Healthcare of Carrollton, LP (the "Company"), a limited partnership organized under the Texas Business Organizations Code, does by this writing consent to take the following actions and adopt the foregoing resolutions, to wit:

**WHEREAS,** the Company is experiencing severe financial and liquidity issues; and

**WHEREAS**, on February 9, 2018, the General Partner resolved that the Company was authorized to seek Chapter 11 bankruptcy protection under Title 11 of the United States Code and to engage Curtis | Castillo PC (the "Firm") to provide legal services to the Company in connection with a Chapter 11 bankruptcy case and related matters; and

**WHEREAS**, the General Partner, and the Company, acknowledge that the commencement of a bankruptcy case shall provide certain relief to the Company but the bankruptcy filing in and of itself shall not absolve the Company of (*i*) its duties under corporate-governance partnership documents, or (*ii*) the obligations of the Company to continue to adhere to all applicable laws, rules, ordinances, and regulations (collectively, "Applicable Law") that would apply outside of bankruptcy and that are not stayed by bankruptcy; and

**WHEREAS** the Company, and the General Partner, recognize, among all of the rights and duties of a Chapter 11 debtor-in-possession, the need to take all steps within the power of the Company to (*i*) remain administratively solvent during the prosecution of a Chapter 11 bankruptcy proceeding and (*ii*) maintain the ability to pay in a timely manner all fees and expenses incurred by the Company following the commencement of a Chapter 11 proceeding, including but not limited to the quarterly fees due to the United States Trustee and all fees and expenses incurred by the Firm (collectively, the "Bankruptcy Administrative Duties");

**AND THEREFORE, BE IT RESOLVED** that the General Partner authorizes and directs the Company to take any and all actions necessary and appropriate under the United States Bankruptcy Code, and/or other Applicable Law to fulfill the duties of the Company as a debtor in possession in a Chapter 11 bankruptcy proceeding, including, but not limited to the Bankruptcy Administrative Duties, and to acquire all necessary funds and preserve and utilize the value of all estate assets to the extent possible to discharge all such duties; and

**BE IT FURTHER RESOLVED** that the General Partner of the Partnership is authorized to execute, for and on behalf of the Partnership, any and all documents, instruments, and consents and to take any and all further actions that are necessary, desirable, or appropriate to effectuate the purpose of the foregoing resolution; and

**IN WITNESS WHEREOF**, the undersigned, being the sole General Partner of the Company, has approved and adopted the foregoing resolution, and has hereunto set its hands effective as of February 9, 2018.

**General Partner:**

LBJM, LLC

By: _____
Printed Name: Laurie Beth McPike
Title: President/CEO

Fill in this information to identify the case:

Debtor name: **Remarkable Healthcare of Carrollton, LP**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acadian Ambulance** P.O. BOX 92970 Lafayette, LA 70509 | | | **Disputed** | | | $19,261.16 |
| **Allegiance Ambulance** P.O. BOX 4320 Houston, TX 77210 | | | | | | $70,534.38 |
| **American Express** P.O. Box 36001 Fort Lauderdale, FL 33336-0001 | | | | | | $25,692.73 |
| **Complete Supply, Inc.** 1624 W Crosby St #144 Carrollton, TX 75006 | | | | | | $7,817.57 |
| **Diagnostic Laboratories & Radiology** 2820 N Ontario Street Burbank, CA 91504 | | | | | | $6,137.84 |
| **Dr. Vaqar Dar** 5625 Champions Dr. Plano, TX 75093 | | | | | | $11,000.00 |
| **Elliot Greenleaf P.C.** 925 Harvest Drive Suite 300 PO Box 3010 Blue Bell, PA 19422 | | | | | | $10,626.66 |
| **Green Mountain Energy** P.O. Box 121233 Dallas, TX 75312 | | | | | | $7,608.86 |
| **Infinity Mechanical Services LLC** 4806 Winterview Dr. Mansfield, TX 76063 | | | | | | $5,442.07 |

Debtor **Remarkable Healthcare of Carrollton, LP**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IPFS Corporation**<br>**P.O. Box 730223**<br>**Dallas, TX 75373** | | | | | | $8,751.65 |
| **Lawn Pros, LLC**<br>**P.O. Box 1213**<br>**Colleyville, TX 76034** | | | **Disputed** | | | $8,405.65 |
| **Medline Industries, Inc.**<br>**P.O. Box 121080**<br>**Dallas, TX 75312** | | | | | | $30,802.68 |
| **Mustang NH, LLC**<br>**610 Towson Avenue**<br>**PO Box 2207**<br>**Fort Smith, AR 72902** | | **Back rent under lease agreement** | | | | $544,807.93 |
| **North American Administrators**<br>**1826 Elm Hill Pike**<br>**Nashville, TN 37210** | | | | | | $5,249.52 |
| **Omnicare Pharmacy of Texas 1, LP**<br>**900 Omnicare Center**<br>**201 East Fourth Street**<br>**Cincinnati, OH 45202** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $119,604.78 |
| **PharmScript LLC**<br>**150 Pierce St**<br>**Somerset, NJ 08873** | | | | | | $45,969.58 |
| **PointClick Care Technologies INC**<br>**P.O. BOX 674802**<br>**Detroit, MI 48267** | | | | | | $10,168.62 |
| **Quatro Tax LLC**<br>**5608 Malvey Avenue Suite 110**<br>**Fort Worth, TX 76107** | | | | | | $31,138.22 |
| **RXPerts Pharmacy-Texas LLC**<br>**P.O. Box 1359**<br>**Morton Grove, IL 60053** | | | **Disputed** | | | $52,240.91 |
| **U.S. Food Service, Inc.**<br>**P.O. Box 843202**<br>**Dallas, TX 75284** | | | | | | $21,427.19 |

**Fill in this information to identify the case:**

Debtor name __Remarkable Healthcare of Carrollton, LP__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2.12.18__     X /s/ Laurie Beth McPike
                             Signature of individual signing on behalf of debtor

                             **Laurie Beth McPike**
                             Printed name

                             **President of LBJM, LLC, its General Partner**
                             Position or relationship to debtor

Revised 12/1/2009              LBR Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Remarkable Healthcare of Carrollton, LP**     Case No. _____

                                             Debtor(s)     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of LBJM, LLC, its General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    2.12.18                           /s/ Laurie Beth McPike

                                                    **Laurie Beth McPike/President of LBJM, LLC, its General Partner**
                                                    Signer/Title

```
Acadian Ambulance
P.O. BOX 92970
Lafayette, LA 70509

Allegiance Ambulance
P.O. BOX 4320
Houston, TX 77210

American Express
P.O. Box 36001
Fort Lauderdale, FL 33336-0001

Baylor Medical Center of Carrollton
PO Box 844309
Dallas, TX 75284

Blackall Mechanical Inc.
3724 Arapaho Rd
Addison, TX 75001

Care Flight
3110 S Great SOuth West Parkway
Grand Prairie, TX 75052

Charlotte Bennett
4230 Fairway Dr
#11201
Carrollton, TX 75010

City of Carrollton
1945 E Jackson Road
Carrollton, TX 75006

Complete Supply, Inc.
1624 W Crosby St #144
Carrollton, TX 75006

Dallas Medical Center
PO Box 678621
Dallas, TX 75267

Dallas Tap Dazzlers
756 Marlee Circle
Coppell, TX 75019

Deane Peters
816 E. Windsor Dr.
Denton, TX 76209

Diagnostic Laboratories & Radiology
2820 N Ontario Street
Burbank, CA 91504
```

```
Dr. Vaqar Dar
5625 Champions Dr.
Plano, TX 75093

Elliot Greenleaf P.C.
925 Harvest Drive
Suite 300
PO Box 3010
Blue Bell, PA 19422

Green Mountain Energy
P.O. Box 121233
Dallas, TX 75312

Hill-Rom Company Inc
PO Box 643592
Pittsburgh, PA 15264

Infinity Mechanical Services LLC
4806 Winterview Dr.
Mansfield, TX 76063

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373

Jeanette Stewart
4501 Plano Parkway
Carrollton, TX 75010

Lawn Pros, LLC
P.O. Box 1213
Colleyville, TX 76034

Manage Meds, LLC
PO Box 377
Mason, OH 45040

Medline Industries, Inc.
P.O. Box 121080
Dallas, TX 75312

Minnie Piolet
530 Rockingham Dr
Richardson, TX 75080

MobilexUSA
P.O. Box 17462
Baltimore, MD 21297

Mustang NH, LLC
610 Towson Avenue
PO Box 2207
Fort Smith, AR 72902
```

North American Administrators
1826 Elm Hill Pike
Nashville, TN 37210

Omnicare Pharmacy of Texas 1, LP
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH 45202

Ortho Texas Physicians & Surgeons
4780 N Josey Lane
Carrollton, TX 75010

Paul G Anderson
P.O. Box 2793
Wylie, TX 75098

Performance Health
28100 Torch Pkwy
Warrenville, IL 60555

PharmScript LLC
150 Pierce St
Somerset, NJ 08873

Pitts Birdsong Fennell & Assc.
12770 Coit Road
Suite 120
Dallas, TX 75251

PointClick Care Technologies INC
P.O. BOX 674802
Detroit, MI 48267

Quatro Tax LLC
5608 Malvey Avenue
Suite 110
Fort Worth, TX 76107

Ray Sasser
440 Independance Pkwy
#2425
Plano, TX 75075

RecoverCare LLC
1920 Stanley Gault PKWY
Ste 100
Louisville, KY 40228

Remarkable Petty Cash - Jon McPike
4501 Plano Parkway
Carrollton, TX 75010

RXPerts Pharmacy-Texas LLC
P.O. Box 1359
Morton Grove, IL 60053

S&S Worldwide, Inc.
PO Box 210
Hartford, CT 06141

Texas Winds Musical Outreach Inc
PO Box 797811
Dallas, TX 75379

U.S. Food Service, Inc.
P.O. Box 843202
Dallas, TX 75284