# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| IN RE: | § | | |
|---|---|---|---|
| **REMARKABLE HEALTHCARE OF CARROLLTON, LP** | § § § § § | **Case No.** **Chapter 11** | **18-40295** |
| **REMARKABLE HEALTHCARE OF DALLAS, LP** | § § § § | **Case No.** **Chapter 11** | **18-40296** |
| **REMARKABLE HEALTHCARE OF FORT WORTH, LP** | § § § § | **Case No.** **Chapter 11** | **18-40297** |
| **REMARKABLE HEALTHCARE OF SEGUIN, LP** | § § § § | **Case No.** **Chapter 11** | **18-40298** |
| **REMARKABLE HEALTHCARE, LLC** | § § § § | **Case No.** **Chapter 11** | **18-40300** |
| **DEBTORS.** | § § § | **Joint Administration Requested Under Case No. 18-40295** | |

## NOTICE OF DESIGNATION AS COMPLEX
## CHAPTER 11 BANKRUPTCY CASES

TO THE HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE:

The above-referenced bankruptcy cases were filed on February 12, 2018. The undersigned party-in-interest believes that these cases qualify as complex Chapter 11 cases because:

     _X_      The Debtors have total debt of more than $10 million.

     _X_      There are more than 50 parties in interest in these cases.

     _____      Claims against the Debtors are publicly traded.

| | |
|---|---|
| _X_ | Other: The Debtors operate several skilled nursing facilities with hundreds of resident patients and employees, and their cases require various emergency hearings on critical issues, prepetition payroll, utilities, and cash collateral usage and would benefit by implementation of the Court's complex-case procedures, including additional emergency or expedited hearings (requested separately), a shortened service list, and interim compensation procedures due to the complexity of the cases. |

Dated: February 15, 2018                Respectfully submitted,


/s/ Laurie Beth McPike
Laurie Beth McPike, President/CEO
Remarkable Healthcare of Carrollton, LP

AND


/s/ Mark A. Castillo
Mark A. Castillo
Texas State Bar No. 24027795
Bryan C. Assink
Texas State Bar No. 24089009
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
           bassink@curtislaw.net

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on February 15, 2018, the foregoing document was served via the Court's CM/ECF system or otherwise by first class mail, postage prepaid, on each of the parties on the attached service list, which includes: (a) the Debtors and their professionals, (b) each of the Debtor's secured creditors, (c) each of the Debtor's 20 largest unsecured creditors, (d) the United States Trustee, (e) the IRS and all relevant governmental entities, (f) any official committees appointed by this court and their professionals, (g) those persons and/or entities who have formally appeared and requested service in these proceedings pursuant to Bankruptcy Rule 2002; and (h) each of the Debtor's creditors and parties in interest.

                                                        */s/ Bryan C. Assink*
                                                        Bryan C. Assink