DARRELL W. COOK
State Bar No. 00787279
dwcook@attorneycook.com
CATHERINE A. KEITH
State Bar No. 24046193
catherine@attorneycook.com
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
(214) 368-4686
(214) 593-5713 Telecopy

**ATTORNEYS FOR OMNICARE PHARMACY OF TEXAS 1, LP d/b/a OMNICARE OF FT. WORTH and NEIGHBORCARE PHARMACY SERVICES, INC. d/b/a OMNICARE OF SAN ANTONIO**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REMARKABLE HEALTHCARE OF CARROLLTON, LP | § § | CASE NO. 18-40295 Chapter 11 |
| | § | |
| REMARKABLE HEALTHCARE OF DALLAS, LP | § § | CASE NO. 18-40296 Chapter 11 |
| | § | |
| REMARKABLE HEALTHCARE OF FT. WORTH, LP | § § | CASE NO. 18-40297 Chapter 11 |
| | § | |
| REMARKABLE HEALTHCARE OF SEGUIN, LP | § § | CASE NO. 18-40298 Chapter 11 |
| | § | |
| REMARKABLE HEALTHCARE, LLC, *Debtors.* | § § | CASE NO. 18-40299 Chapter 11 |

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of OMNICARE PHARMACY OF TEXAS 1, LP d/b/a OMNICARE OF FT. WORTH and NEIGHBORCARE PHARMACY SERVICES, INC. d/b/a OMNICARE OF SAN ANTONIO,

claimants, pursuant to § 1109(b) of the UNITED STATES BANKRUPTCY CODE and BANKRUPTCY RULE 9010(b), and requests copies of all notices and pleadings pursuant to BANKRUPTCY RULES 2002(a), (b), and (f) and 3017(a). All such notices should be addressed to the following persons:

DARRELL W. COOK  
State Bar No. 00787279  
dwcook@attorneycook.com  
CATHERINE A. KEITH  
State Bar No. 24046193  
catherine@attorneycook.com  
DARRELL W. COOK & ASSOCIATES  
A PROFESSIONAL CORPORATION  
6688 North Central Expressway, Suite 1000  
Dallas, TX 75206  
(214) 368-4686  
(214) 593-5713 Telecopy  

**PLEASE TAKE FURTHER** notice that, pursuant to § 1109(b) of the BANKRUPTCY CODE, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Respectfully submitted this 23rd day of February, 2018.

        DARRELL W. COOK & ASSOCIATES,
A PROFESSIONAL CORPORATION

/s/ Darrell W. Cook

DARRELL W. COOK
State Bar No. 00787279
dwcook@attorneycook.com
CATHERINE A. KEITH
State Bar No. 24046193
catherine@attorneycook.com
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
(214) 368-4686
(214) 593-5713 Telecopy

**ATTORNEYS FOR OMNICARE PHARMACY OF TEXAS 1, LP d/b/a OMNICARE OF FT. WORTH and NEIGHBORCARE PHARMACY SERVICES, INC. d/b/a OMNICARE OF SAN ANTONIO**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 23rd day of February, 2018, a true and correct copy of the foregoing pleading was served via the Court's CM-ECF notification system.

        /s/ Catherine A. Keith

        CATHERINE A. KEITH