# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| DEBTORS:<br><br>IN RE:<br><br>REMARKABLE HEALTHCARE OF CARROLLTON, LP, *et al.*,[1]<br><br>DEBTORS | MAIN BANKRUPTCY CASE NO.:<br><br>CASE NO. 18-40295-BTR<br><br>CHAPTER 11<br><br>JOINTLY ADMINISTERED |
|---|---|
| CAPTION & CASE NO. OF ADVERSARY:<br><br>N/A | DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING:<br><br>MARCH 5, 2018 AT 10:00 A.M<br><br>RE: REMARKABLE DEBTORS' EMERGENCY MOTION PURSUANT TO 11 U.S.C. § 363 FOR INTERIM AND FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION (DOCKET NO. 12) |

## WITNESS AND EXHIBIT LIST OF COMERICA BANK

*Witnesses:*

1. David Jones, Portfolio Manager (Comerica Bank);

2. David Gorelick, Financial Advisory Manager (Huron Consulting Group);

3. Any authorized representative of the Debtors;

4. Any fact or expert witness called by any other party; and

5. Any rebuttal or impeachment witness.

---

[1] The other debtors in these cases are (i) Remarkable Healthcare of Dallas, LP; (ii) Remarkable Healthcare of Fort Worth, LP; (iii) Remarkable Healthcare of Seguin, LP; and (iv) Remarkable Healthcare, LLC.

**WITNESS AND EXHIBIT LIST OF COMERICA BANK**     **PAGE 1 OF 3**
**FOR MARCH 5, 2018 HEARING**
4810-6528-7518v.1
19448-1274 3/1/2018

*Exhibits:*

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | Letter Agreement dated as of February 27, 2014 (as amended or otherwise modified from time to time) between Remarkable Healthcare, LLC and Comerica Bank | | | |
| 2. | Amended and Restated Master Revolving Note dated July 15, 2016 (as amended or otherwise modified from time to time) in the original principal amount of $3,000,000.00, executed by Remarkable Healthcare, LLC and payable to the order of Comerica Bank | | | |
| 3. | U.S. Small Business Administration Note dated February 6, 2013 (as amended or otherwise modified from time to time) in the original principal amount of $800,000.0, executed by Remarkable Healthcare of Dallas, L.P. and payable to Comerica Bank | | | |
| 4. | U.S. Small Business Administration Note dated April 28, 2014 (as amended or otherwise modified from time to time) in the original principal amount of $800,000.00 executed by Remarkable Healthcare of Carrollton, L.P. and payable to the order of Comerica Bank | | | |
| 5. | Interim Budget (February 21, 2018 through March 14, 2018) | | | |
| 6. | Assessment Report on Remarkable Healthcare, LLC, dated October 16, 2017, prepared by Huron Consulting Group for Comerica Bank | | | |
| 7. | *Interim Order Authorizing the Debtors to Use Cash Collateral* (Docket No. 35) | | | |
| 8. | *Remarkable Debtors' Emergency Motion Pursuant to 11 U.S.C. § 363 For Interim and Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection* (Docket No. 12) | | | |
| | Any exhibits designated by any other parties in interest | | | |
| | Any pleadings, reports, exhibits, transcripts, Court orders, or other documents filed in the above-referenced bankruptcy cases | | | |
| | Any impeachment or rebuttal exhibits | | | |

Comerica Bank reserves the right to further amend or supplement this Witness and Exhibit List at any time prior to the March 5, 2018 hearing and/or in compliance with the Bankruptcy Local Rules and the Orders of this Court. Comerica Bank further reserves the right to provide any documents amended or supplemented in this Exhibit List to opposing counsel and to this Court as they become available.

**DATED: March 1, 2018**

        **WINSTEAD PC**

        */s/ Devin B. Hahn*
        Joseph J. Wielebinski
        SBT No. 21432400
        Devin B. Hahn[2]
        SBT No. 24104047
        500 Winstead Building
        2728 N. Harwood Street
        Dallas, Texas 75201
        (214) 745-5400 (Telephone)
        (214) 745-5390 (Facsimile)

        **ATTORNEYS FOR COMERICA BANK**

**Certificate of Service**

I hereby certify that on March 1, 2018, a true and correct copy of the foregoing document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District. Additionally, on March 1, 2018, a true and correct copy of the foregoing document will be sent to the parties listed on the Debtors' Service List filed at Docket No. 6 via first class, U.S. mail.

        */s/ Devin B. Hahn*
        One of Counsel

---

[2] Resident in Winstead PC's Houston office at 600 Travis Street, Suite 5200, Houston, Texas 77002.