United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| Remarkable Healthcare of Carrollton, LP | § | |
| 4501 Plano Parkway | § | |
| Carrollton, TX 75010 | § | Case No. 18-40295 |
| | § | |
| | § | |
| | § | Chapter 11 |
| | § | (Jointly Administered) |
| | § | |
| Debtors | § | |
| | § | |

**APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE**

Comes Now the United States Trustee and, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Chad Michel–Interim Chairman
Medicine Chest Institutional Pharmacy Group, LLC
815 South Broadway
Tyler, TX 75701
(903) 630-6000
cmichel@mchest.com


Donald Torres
Medline Industries
Three Lakes Drive
Northfield, IL 60093
(847) 643-4232
DTorres@medline.com

Dated:  March 19, 2018                    Respectfully submitted,

                                                       William T. Neary
                                                       United States Trustee

                                                       */s/ John Vardeman*
                                                       Trial Attorney
                                                       Texas Bar 20496260
                                                       300 Plaza Tower
                                                       110 N. College
                                                       Tyler, Texas   75702
                                                       (903) 590-1450 Ext. 218

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than the 21st day of March, 2018.

                                                       */s/ John Vardeman*

**DEBTORS**
Remarkable Healthcare of Carrollton, LP
4501 Plano Parkway
Carrollton, TX 75010

Remarkable Healthcare of Dallas, LP
3350 Bonnie View Road
Dallas, TX 75216

Remarkable Healthcare of Fort Worth, LP
6649 N. Riverside Drive
Fort Worth, TX 76137

Remarkable Healthcare of Seguin, LP
1339 Eastwood Drive
Seguin, TX 78155

Remarkable Healthcare, LLC
904 Emerald Blvd.
Southlake, TX 76092

**DEBTORS' COUNSEL**
Mark A. Castillo
Curtis Castillo PC
901 Main St. Suite 6515
Dallas, TX 75202

Bryan C. Assink
Curtis Castillo PC
901 Main St., Ste. 6515
Dallas, TX 75202

Stephanie D. Curtis
Curtis Castillo P.C.
Bank of America Plaza, Suite 6515
901 Main Street
Dallas, TX 75202

**COMMITTEE**
Chad Michel
Medicine Chest Institutional Pharmacy Group, LLC
815 South Broadway
Tyler, TX 75701

Donald Torres
Medline Industries
Three Lakes Drive
Northfield, IL 60093

**NOTICE OF APPREARANCE**

Joseph Wielebinski
Phillip Lamberson
Annmarie Chiarello
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201

J. Casey Roy
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251

DARRELL W. COOK
CATHERINE A. KEITH
6688 North Central Expressway, Suite 1000
Dallas, TX 75206

Lee Gordon
P.O. Box 1269
Round Rock, Texas 78680

David L. Staab
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, TX 76102

Aaron Z. Tobin, Esq.
J. Seth Moore, Esq.
Kendal B. Reed, Esq.
Condon Tobin Sladek Thornton, PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231

Patrick L. Hughes
HAYNES AND BOONE LLP
1221 McKinney, Suite 2100
Houston, TX 77010

RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701

KENNETH B. CHAIKEN
ALLEN ROACH
CHAIKEN & CHAIKEN, P.C.
Legacy Town Center III
5801 Tennyson Pkwy, Suite 440
Plano, Texas   75024

Mark E. Andrews
Aaron M. Kaufman
DYKEMA COX SMITH
1717 Main Street, Suite 4200
Dallas, Texas 75201

STEPHANIE LAIRD TOLSON
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002

**Matrix (for each case)**
Attached