# EXHIBIT B

# **Exhibit B**

**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093
Summary of invoices for 503(b)9 Claim
Account # 1465968
Case # 18-40295
**Remarkable Healthcare - Prestonwood**
(Remarkable Healthcare of Carrollton, LP)

| PO # | Invoice # | Invoice Date | Amount |
|---|---|---|---|
| PUMPLEASEFEE | 1843249910 | 1/24/2018 | 173.20 |
| 4011018NUPW | 1843307039 | 1/25/2018 | 23.69 |
| 502440801 | 1701891908 | 1/27/2018 | 158.99 |
| 4012218NUPW | 1843617517 | 1/30/2018 | 63.89 |
| 4012218NUPW | 1843696287 | 1/31/2018 | 2,383.02 |
| 4013018NUPW | 1844131897 | 2/7/2018 | 352.75 |
| **Total 503(b)(9) Claim** | | | **$3,155.54** |

**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093
Summary of invoices for 503(b)9 Claim
Account # 1427114
Case # 18-40296
**Remarkable Healthcare - Dallas**
(Remarkable Healthcare of Dallas, LP)

| PO # | Invoice # | Invoice Date | Amount |
|---|---|---|---|
| 3010918NUDA | 1843123385 | 1/23/2018 | 65.58 |
| PUMPLEASEFEE | 1843249683 | 1/24/2018 | 151.55 |
| 11518 | 1843207075 | 1/24/2018 | 2,154.16 |
| 3010918NUDA | 1843306730 | 1/25/2018 | 54.20 |
| 502439375 | 1701891402 | 1/27/2018 | 341.78 |
| 3012218NUDA | 1843696837 | 1/31/2018 | 2,513.05 |
| 3012218NUDA | 1843766106 | 2/1/2018 | 54.91 |
| 13118 | 1843829767 | 2/2/2018 | 425.32 |
| 3012618NUDA | 1844133536 | 2/7/2018 | 1,617.92 |
| **Total 503(b)(9) Claim** | | | **$ 7,378.47** |

**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093
Summary of invoices for 503(b)9 Claim
Account # 1385713
Case # 18-40297
**Remarkable Healthcare - Ft Worth**
(Remarkable Healthcare of Fort Worth, LP)

| PO # | Invoice # | Invoice Date | Amount |
|---|---|---|---|
| PUMPLEASEFEE | 1843248899 | 1/24/2018 | 21.65 |
| 2121517NUFW | 1843170965 | 1/24/2018 | 68.63 |
| 2011718NUFW | 1843282512 | 1/25/2018 | 207.46 |
| 2011718NUFW | 1843282508 | 1/25/2018 | 2,500.94 |
| 502434012 | 1701890339 | 1/27/2018 | 248.63 |
| 2012218NUFW2 | 1843680606 | 1/31/2018 | 2,734.87 |
| 2011118NUFW | 1843892486 | 2/2/2018 | 183.29 |
| 2020118NUFW | 1844191743 | 2/8/2018 | 2,553.27 |
| 20118 | 1844191738 | 2/8/2018 | 290.42 |
| **Total 503(b)(9) Claim** | | | **$ 8,809.16** |

**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093
Summary of invoices for 503(b)9 Claim
Account # 1374903
Case # 18-40298
**Remarkable Healthcare Nursing & Rehab**
(Remarkable Healthcare of Seguin, LP)

| PO # | Invoice # | Invoice Date | Amount |
|---|---|---|---|
| PUMPLEASEFEE | 1843248859 | 1/24/2018 | 64.95 |
| 502429664 | 1701889728 | 1/27/2018 | 442.98 |
| 1013018nuse | 1843790899 | 2/1/2018 | 5,826.94 |
| 1013018NUSE | 1843835635 | 2/2/2018 | 35.71 |
| 1013018nuse | 1843902934 | 2/3/2018 | 221.37 |
| 1013018nuse | 1844009655 | 2/6/2018 | 343.71 |
| 1013018nuse | 1844009654 | 2/6/2018 | 102.93 |
| 1013018nuse | 1844370302 | 2/9/2018 | 394.57 |
| 1020518NUSE2 | 1844343898 | 2/9/2018 | 320.91 |
| 1013018nuse | 1844414286 | 2/10/2018 | 64.22 |
| **Total 503(b)(9) Claim** | | | **$ 7,818.29** |