UNITED STATES   BANKRUPTCY COURT
EASTERN DISTRICT OF
TEXAS
SHERMAN DIVISION

Case number        18-40295

In re: REMARKABLE HEALTHCARE OF CARROLLTON, LP

Taxpayer number: X-XXXXX-X789-5

WITHDRAWAL OF

CLAIM # 13
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
                   Bankruptcy & Collections Division MC-008
                   P. O. Box 12548
                   Austin, TX 78711-2548
                   Phone: 512-463-2173

1. DATE OF CLAIM              : 05/22/2018

2. TOTAL AMOUNT OF CLAIM      : $10,333.97
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2018 TO 12/31/2018

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN


Date: 11/16/2018

                                    /s/ Kara Richter
                                    Accounts Examiner    512-463-4510
                                    Revenue Accounting Division
                                    Texas Comptroller of Public Accounts


Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)