*TXEB Local Form 7016 (revised 10-17-05)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| **DEBTOR(S):** REMARKABLE HEALTHCARE OF CARROLLTON, LP | **MAIN BANKRUPTCY CASE NO.:** 18-40295 |
|---|---|
| **CAPTION & CASE NO. OF ADVERSARY:** | **DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING:** March 5, 2019 Hearing on Pharmscript of Texas, LLC's Amended Motion for Allowance and Payment of an Administrative Claim |

## EXHIBIT LIST OF PHARMSCRIPT OF TEXAS, LLC

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | Schedule of Invoices | | | |
| 2. | Claim No. 15 In re: Remarkable Healthcare of Dallas, LP | | | |
| 3. | Claim No. 15 In re: Remarkable Healthcare of Carrollton, LP | | | |
| 4. | Claim No. 19 In re: Remarkable Healthcare of Fort Worth, LP | | | |
| 5. | Claim No. 20 In re: Remarkable Healthcare of Seguin, LP | | | |
| 6. | Schedule of Invoices as filed on January 16, 2019, Doc. 241-1 | | | |

Date: February 28, 2019        /s/ Cameron J. Asby
Cameron J. Asby, Esquire (TX 24078160)
**DUANE MORRIS LLP**
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056
CJAsby@duanemorris.com
(713) 402-3917 (telephone)
(713) 583-3373 (facsimile)

Lawrence J. Kotler (PA 56029)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
LJKotler@duanemorris.com
(215) 979-1514 (telephone)
(215) 689-4951 (facsimile)
(Admitted *pro hac vice*)

*Attorneys for Pharmscript of Texas, LLC*

## CERTIFICATE OF SERVICE

I, Cameron J. Asby, Esquire, an attorney with the law firm Duane Morris LLP, hereby certify that on this 28th day of February, 2019, I caused a true and correct copy of the *Exhibit List* with all attachments to be served upon all parties receiving Notices of Electronic Filing in this case.

/s/ *Cameron J. Asby*
Cameron J. Asby, Esquire

# EXHIBIT A

<u>Service List</u>

**SERVICE LIST**

| | | |
|---|---|---|
| Remarkable Healthcare of Carrollton, LP, et al.<br>4501 Plano Parkway<br>Carrollton, TX 75010 | Mark A. Castillo<br>Bryan C. Assink<br>CURTIS \| CASTILLO PC<br>901 Main St., Suite 6515<br>Dallas, TX 75202 | Ryan Dunn<br>DUNN PLLC<br>405 Main Street, Suite 836<br>Houston, Texas 77002 |
| Howard Marc Spector<br>SPECTOR & JOHNSON, PLLC<br>12770 Coit Road, Suite 1100<br>Dallas, Texas 75251 | Chad Michel—Interim Chairman<br>Medicine Chest Institutional Pharmacy Group, LLC<br>815 South Broadway<br>Tyler, TX 75701 | Shane Reed<br>Medline Industries<br>Three Lakes Drive<br>Northfield, IL 60093 |
| J.R. Searcy, J.P. Searcy, C.S. Searcy<br>SEARCY & SEARCY, PC<br>446 Forest Square<br>P.O. Box 3929<br>Longview, Texas 75606 | Acadian Ambulance<br>P.O. BOX 92970<br>Lafayette, LA 70509 | Allegiance Ambulance<br>P.O. BOX 4320<br>Houston, TX 77210 |
| American Express<br>P.O. Box 36001<br>Fort Lauderdale, FL 33336-0001 | Complete Supply, Inc.<br>1624 W Crosby St, #144<br>Carrollton, TX 75006 | Diagnostic Laboratories & Radiology<br>2820 N Ontario Street<br>Burbank, CA 91504 |
| Dr. Vaqar Dar<br>5625 Champions Dr.<br>Plano, TX 75093 | Elliot Greenleaf P.C.<br>925 Harvest Drive, Suite 300<br>PO Box 3010<br>Blue Bell, PA 19422 | Green Mountain Energy<br>P.O. Box 121233<br>Dallas, TX 75312 |
| Infinity Mechanical Services LLC<br>4806 Winterview Dr.<br>Mansfield, TX 76063 | IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373 | Lawn Pros, LLC<br>P.O. Box 1213<br>Colleyville, TX 76034 |
| Medline Industries, Inc.<br>P.O. Box 121080<br>Dallas, TX 75312 | Mustang NH, LLC<br>610 Towson Avenue<br>PO Box 2207<br>Fort Smith, AR 72902 | North American Administrators<br>1826 Elm Hill Pike<br>Nashville, TN 37210 |
| Omnicare Pharmacy of Texas 1, LP<br>900 Omnicare Center<br>201 East Fourth Street<br>Cincinnati, OH 45202 | PharmScript LLC<br>150 Pierce St<br>Somerset, NJ 08873 | PointClick Care Technologies INC<br>P.O. BOX 674802<br>Detroit, MI 48267 |
| Quatro Tax LLC<br>5608 Malvey Avenue<br>Suite 110<br>Fort Worth, TX 76107 | RXPerts Pharmacy-Texas LLC<br>P.O. Box 1359<br>Morton Grove, IL 60053 | U.S. Food Service, Inc.<br>P.O. Box 843202<br>Dallas, TX 75284 |

| | | |
|---|---|---|
| GMP Dallas NH, Ltd.<br>610 Towson Avenue<br>PO Box 2207<br>Fort Smith, AR72902 | Medicine Chest Institutional Pharmacy<br>411 Main Street, Suite 2<br>Sulphur Springs, TX 75482 | Reliant Pro Rehab<br>5212 Village Creek Parkway<br>Plano, TX 75093 |
| Schryver Medical<br>12075 East 45th Ave, Ste 600<br>Denver, CO 80239 | United Seating and Mobility<br>P.O. Box 790051<br>Saint Louis, MO 63179 | Community Portable X-Ray<br>P.O. Box 864808<br>Plano, TX 75086 |
| CPro Associates Inc.<br>15660 N Dallas Parkway, Suite 650<br>Dallas, TX 75248 | Dr Robert Treadwell<br>6451 Brentwood Stair Rd., Suite 100<br>Fort Worth, TX 76112 | Non Emergency Transport Inc.<br>P.O. Box 940<br>Fort Worth, TX 76101 |
| WAG Development, Ltd.<br>610 Towson Avenue<br>PO Box 2207<br>Fort Smith, AR 72902 | Airgas<br>335 N. W W White Rd<br>San Antonio, TX 78219 | Brazos County Medicine Chest<br>PO BOX 655<br>Sulphur Springs, TX 75483 |
| CMMS Mobile Imaging Services<br>PO Box 643<br>San Marcos, TX 78667 | Community Portable X-Ray<br>P.O. Box 864808<br>Plano, TX 75086 | Dr. Dean Zincone M.D.<br>1355 East Court St.<br>Seguin Tx, TX 78155 |
| Guadalupe NH Development, Ltd.<br>610 Towson Avenue<br>PO Box 2207<br>Fort Smith, AR 72902 | Guadalupe Regional Medical Center<br>1215 E. Court Street<br>Seguin, TX 78155 | Southern Cross Ambulance<br>PO Box 311295<br>New Braunfels, TX 78131 |
| Check Mate Service Line<br>PO Box 41582<br>Providence, RI 02940 | Colonial Life<br>P.O. Box 903<br>Columbia, SC 29202 | Comerica Bank<br>P.O. Box 641618<br>Detroit, MI 48264 |
| Lawn Pros, LLC<br>P.O. Box 1213<br>Colleyville, TX 76034 | Montgomery Coscia Greilich, LLP<br>2500 Dallas Parkway, Suite 300<br>Plano, TX 75093 | New Braunfels Utilities<br>P.O. Box 660<br>San Antonio, TX 78293 |
| North American Administrators<br>1826 Elm Hill Pike<br>Nashville, TN 37210 | PLIC - SBD Grand Island<br>PO BOX 10372<br>Des Moines, IA 50306 | UNUM Life Insurance Company of America<br>P.O. Box 409548<br>Atlanta, GA 30384 |
| John Vardeman<br>Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, TX 75702 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th and Constitution Ave., NW<br>Washington, DC 20530-0001 | |

| | | |
|---|---|---|
| Internal Revenue Service<br>Special Procedures – Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101 | Laurie Spindler Huffman<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, Texas 75207 | Darrell W. Cook<br>Catherine A. Keith<br>DARRELL W. COOK & ASSOCIATES<br>6688 North Central Expwy, Suite 1000<br>Dallas, Texas 75206 |
| Mark E. Andrews<br>Aaron M. Kaufman<br>DYKEMA COX SMITH<br>1717 Main Street, Suite 4200<br>Dallas, Texas 75201 | Lee Gordon<br>MCCRREARY, VESELKA, BRAGG & ALLEN<br>P.O. Box 1269<br>Round Rock, Texas 78680 | David L. Staab<br>HAYNES AND BOONE, LLP<br>301 Commerce Street, Suite 2600<br>Fort Worth, Texas 76102 |
| Aaron Z. Tobin, Esq.; J. Seth Moore, Esq.; Kendal B. Reed, Esq.<br>CONDON TOBIN, ET AL, PLLC<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231 | J. Casey Roy, Asst Atty General<br>Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548- MC 008<br>Austin, Texas 78711-2548 | Scott A. Ritcheson<br>RITCHESON, LAUFFER & VINCENT, PC<br>821 ESE Loop 323, Suite 530<br>Tyler, Texas 75701 |
| Patrick L. Hughes<br>HAYNES AND BOONE<br>1221 McKinney Street, Suite 2100<br>Houston, TX 77010 | Louis A. Shaff<br>PREVOST, SHAFF, MASON & CARNS, PLLC<br>5560 Tenneson, Pkwy., Suite 260<br>Plano, Texas 75024 | Kenneth B. Chaiken; Allen Roach<br>CHAIKEN & CHAIKEN, P.C.<br>Legacy Town Center III<br>5801 Tennyson Pkwy, Ste. 440<br>Plano, Texas 75024 |
| Cameron J. Asby, Esquire<br>DUANE MORRIS LLP<br>1330 Post Oak Boulevard, Suite 800<br>Houston, Texas 77056-3166 | Stephanie Laird Tolson<br>Matt D. Manning<br>MCGLINCHEY STAFFORD, PLLC<br>1001 McKinney, Suite 1500<br>Houston, Texas 77002 | Christopher B. Mosley<br>CITY ATTORNEY'S OFFICE<br>200 Texas Street<br>Fort Worth, Texas 76102 |
| Jason Starks, Asst. Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Jeff Carruth<br>WEYCER, KAPLAN, PULASKI & ZUBER, P.C.<br>Eleven Greenway Plaza, Suite 1400<br>Houston, TX 77046 | Joseph J. Wielebinski, Jr.<br>Phillip L. Lamberson<br>Devin Burke Hahn<br>Jason A. Enright<br>Annmarie Chiarello<br>WINSTEAD PC<br>500 Winstead Building<br>500 N. Harwood St.<br>Dallas, TX 75201 |