## Open Invoices by Customer Class

PHAR1143\CHoff    As of : 2/27/2019 11:29:53 AM

Entity: 040 PharmScript, Houston TX, 041 PharmScript Tyler TX    Class: REMARKABLE

| Customer Name | Customer Class | Document Type | Document Number | Document Date | Customer Terms | Due Date | Aging | Original Amount | Current Amount |
|---|---|---|---|---|---|---|---|---|---|
| **040** | | | | | | | | | |
| **REMARKABLE** | | | | | | | | | |
| **RSEG** | | | | | | | | | |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_7.17 | 7/31/2017 | Net 90 | 10/29/2017 | 576 | 218.90 | 218.90 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_8.17 | 8/31/2017 | Net 90 | 11/29/2017 | 545 | 22,748.64 | 22,748.64 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_9.17 | 9/30/2017 | Net 90 | 12/29/2017 | 515 | 26,436.51 | 26,436.51 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_10_17 | 10/31/2017 | Net 90 | 1/29/2018 | 484 | 26,552.05 | 26,552.05 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_11_17 | 11/30/2017 | Net 90 | 2/28/2018 | 454 | 27,059.83 | 27,059.83 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_12_17 | 12/31/2017 | Net 90 | 3/31/2018 | 423 | 16,904.97 | 16,904.97 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_1_18 | 1/31/2018 | Net 90 | 5/1/2018 | 392 | 22,754.03 | 22,754.03 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_2_18 | 2/28/2018 | Net 90 | 5/29/2018 | 364 | 28,350.41 | 13,319.89 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_3_18 | 3/31/2018 | Net 90 | 6/29/2018 | 333 | 20,016.78 | 1,211.27 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_4_18 | 4/30/2018 | Net 90 | 7/29/2018 | 303 | 19,333.43 | 317.29 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_7_18 | 7/31/2018 | Net 90 | 10/29/2018 | 211 | 35,064.99 | 1,363.85 |
| Remarkable of Seguin | REMARKABLE | Payment | PYMNT000000018722 | 8/28/2018 | | | 183 | -23,754.93 | -2,165.81 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_9_18 | 9/30/2018 | Net 90 | 12/29/2018 | 150 | 19,456.21 | 19,456.21 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_10_18 | 10/31/2018 | Net 90 | 1/29/2019 | 119 | 18,492.00 | 18,492.00 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_11_18 | 11/30/2018 | Net 90 | 2/28/2019 | 89 | 26,627.88 | 26,627.88 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_12_18 | 12/31/2018 | Net 90 | 3/31/2019 | 58 | 29,958.43 | 29,958.43 |
| Remarkable of Seguin | REMARKABLE | Invoice | RSEG_1_19 | 1/31/2019 | Net 90 | 5/1/2019 | 27 | 24,583.56 | 24,583.56 |
| | | | | | | | **Customer Total** | | **$275,839.50** |
| **041** | | | | | | | | | |
| **REMARKABLE** | | | | | | | | | |
| **RPRE** | | | | | | | | | |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_8.17 | 8/31/2017 | Net 90 | 11/29/2017 | 545 | 3,928.55 | 3,928.55 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_9.17 | 9/30/2017 | Net 90 | 12/29/2017 | 515 | 4,962.08 | 4,962.08 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_10_17 | 10/31/2017 | Net 90 | 1/29/2018 | 484 | 19,298.69 | 19,298.69 |


EXHIBIT 1.

## Open Invoices by Customer Class

PHAR1143\CHoff     As of : 2/27/2019 11:29:53 AM

Entity: 040 PharmScript, Houston TX, 041 PharmScript Tyler TX     Class: REMARKABLE

| Customer | Class | Type | Number | Date | Due Date | Days | Amount | Open Balance |
|---|---|---|---|---|---|---|---|---|
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_11_17 | 11/30/2017 Net 90 | 2/28/2018 | 454 | 18,339.78 | 18,339.78 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_12_17 | 12/31/2017 Net 90 | 3/31/2018 | 423 | 13,397.97 | 13,397.97 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_1_18 | 1/31/2018 Net 90 | 5/1/2018 | 392 | 23,113.32 | 23,113.32 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_2_18 | 2/28/2018 Net 90 | 5/29/2018 | 364 | 31,097.05 | 17,106.97 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_3_18 | 3/31/2018 Net 90 | 6/29/2018 | 333 | 27,587.46 | 653.69 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_4_18 | 4/30/2018 Net 90 | 7/29/2018 | 303 | 31,353.36 | 313.93 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_9_18 | 9/30/2018 Net 90 | 12/29/2018 | 150 | 24,806.19 | 24,806.19 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_10_18 | 10/31/2018 Net 90 | 1/29/2019 | 119 | 22,118.31 | 22,118.31 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_11_18 | 11/30/2018 Net 90 | 2/28/2019 | 89 | 19,279.91 | 19,279.91 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_12_18 | 12/31/2018 Net 90 | 3/31/2019 | 58 | 14,330.12 | 14,330.12 |
| Remarkable of Prestonwood | REMARKABLE | Invoice | RPRE_1_19 | 1/31/2019 Net 90 | 5/1/2019 | 27 | 13,464.44 | 13,464.44 |
| | | | | | | **Customer Total** | | **$195,113.95** |
| **RDAL** | | | | | | | | |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_8.17 | 8/31/2017 Net 90 | 11/29/2017 | 545 | 10,775.46 | 10,775.46 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_9.17 | 9/30/2017 Net 90 | 12/29/2017 | 515 | 9,122.85 | 9,122.85 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_10_17 | 10/31/2017 Net 90 | 1/29/2018 | 484 | 11,822.16 | 11,822.16 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_11_17 | 11/30/2017 Net 90 | 2/28/2018 | 454 | 13,916.56 | 13,916.56 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_12_17 | 12/31/2017 Net 90 | 3/31/2018 | 423 | 9,369.59 | 9,369.59 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_1_18 | 1/31/2018 Net 90 | 5/1/2018 | 392 | 13,668.12 | 13,668.12 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_2_18 | 2/28/2018 Net 90 | 5/29/2018 | 364 | 14,192.41 | 4,440.65 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_3_18 | 3/31/2018 Net 90 | 6/29/2018 | 333 | 14,873.86 | 1,259.06 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_6_18 | 6/30/2018 Net 90 | 9/28/2018 | 242 | 20,905.32 | 75.27 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_7_18 | 7/31/2018 Net 90 | 10/29/2018 | 211 | 12,350.95 | 747.42 |
| Remarkable of Dallas | REMARKABLE | Payment | PYMNT000000018725 | 8/28/2018 | | 183 | -19,279.58 | -4,109.66 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_8_18 | 8/31/2018 Net 90 | 11/29/2018 | 180 | 7,256.73 | 491.31 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_9_18 | 9/30/2018 Net 90 | 12/29/2018 | 150 | 9,167.97 | 9,167.97 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_10_18 | 10/31/2018 Net 90 | 1/29/2019 | 119 | 14,227.75 | 14,227.75 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_11_18 | 11/30/2018 Net 90 | 2/28/2019 | 89 | 13,405.64 | 13,405.64 |

## Open Invoices by Customer Class

PHAR1143\CHoff  As of : 2/27/2019 11:29:53 AM

Entity: 040 PharmScript, Houston TX, 041 PharmScript Tyler TX   Class: REMARKABLE

| Customer | Class | Type | Invoice # | Date | Terms | Due Date | Days | Amount | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_12_18 | 12/31/2018 | Net 90 | 3/31/2019 | 58 | 29,071.17 | 29,071.17 |
| Remarkable of Dallas | REMARKABLE | Invoice | RDAL_1_19 | 1/31/2019 | Net 90 | 5/1/2019 | 27 | 28,838.64 | 28,838.64 |
| | | | | | | | | **Customer Total** | **$166,289.96** |
| **RFTW** | | | | | | | | | |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_7.17 | 7/31/2017 | Net 90 | 10/29/2017 | 576 | 439.76 | 439.76 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_8.17 | 8/31/2017 | Net 90 | 11/29/2017 | 545 | 17,952.55 | 17,952.55 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_9.17 | 9/30/2017 | Net 90 | 12/29/2017 | 515 | 11,039.16 | 11,039.16 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_10_17 | 10/31/2017 | Net 90 | 1/29/2018 | 484 | 24,895.08 | 24,895.08 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_11_17 | 11/30/2017 | Net 90 | 2/28/2018 | 454 | 17,426.12 | 17,426.12 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_12_17 | 12/31/2017 | Net 90 | 3/31/2018 | 423 | 18,958.05 | 18,958.05 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_1_18 | 1/31/2018 | Net 90 | 5/1/2018 | 392 | 25,098.60 | 25,098.60 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_2_18 | 2/28/2018 | Net 90 | 5/29/2018 | 364 | 18,978.84 | 9,937.89 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_3_18 | 3/31/2018 | Net 90 | 6/29/2018 | 333 | 16,293.82 | 644.61 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_4_18 | 4/30/2018 | Net 90 | 7/29/2018 | 303 | 24,168.10 | 401.54 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_6_18 | 6/30/2018 | Net 90 | 9/28/2018 | 242 | 20,131.53 | 4.00 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_7_18 | 7/31/2018 | Net 90 | 10/29/2018 | 211 | 26,877.69 | 1,377.21 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_9_18 | 9/30/2018 | Net 90 | 12/29/2018 | 150 | 22,670.62 | 22,670.62 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_10_18 | 10/31/2018 | Net 90 | 1/29/2019 | 119 | 30,772.34 | 30,772.34 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_11_18 | 11/30/2018 | Net 90 | 2/28/2019 | 89 | 21,603.70 | 21,603.70 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_12_18 | 12/31/2018 | Net 90 | 3/31/2019 | 58 | 19,482.56 | 19,482.56 |
| Remarkable of Ft Worth | REMARKABLE | Invoice | RFTW_1_19 | 1/31/2019 | Net 90 | 5/1/2019 | 27 | 17,803.07 | 17,803.07 |
| | | | | | | | | **Customer Total** | **$240,506.86** |