| | |
|---|---|
| **From:** | Mark Castillo |
| **To:** | Melissa McIntosh |
| **Subject:** | Fwd: September Invoices |
| **Date:** | Thursday, February 28, 2019 3:35:24 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Sent from my iPhone

Begin forwarded message:

**From:** "Anderson, Jessica" <janderson@remarkablehealthcare.net>
**Date:** February 28, 2019 at 2:54:41 PM CST
**To:** Mark Castillo <mcastillo@curtislaw.net>
**Cc:** "McPike, Jon" <jemcpike@remarkablehealthcare.net>, "McPike, Laurie" <lbmcpike@remarkablehealthcare.net>, "Ayoubi, Diane" <dayoubi@remarkablehealthcare.net>
**Subject: FW: September Invoices**

More emails.

**Jessica Anderson, RN, CCO**
**Chief Clinical Officer**
**Remarkable Healthcare**
**(817)932-4473**



**From:** Jessica Anderson <janderson@remarkablehealthcare.net>
**Date:** Friday, November 2, 2018 at 11:03 AM
**To:** Holly Keath <Holly.Keath@landmarkhc.com>, "Pepperdine, Pamela" <ppepperdine@remarkablehealthcare.net>
**Cc:** Julie Davis <Julie.Davis@landmarkhc.com>, Michael Everage <Michael.Everage@landmarkhc.com>, Tracy Magee <tracy.magee@landmarkhc.com>, "McPike, Laurie Beth" <laurie@remarkablehealthcare.net>, Jon McPike <jemcpike@remarkablehealthcare.net>
**Subject:** Re: September Invoices

I sent multiple emails to your company regarding equipment pickup and it has been sitting in each facility since September 12th waiting for your pickup. Specifically, my September 12th emails lists every single serial number for each facility. I am no longer accepting phone calls from Landmark. I will only be communicating via email. Every time I ask for something to be done, it does not happen. Additionally, I asked that billing be stopped due to pick up request on September 12, as per our agreement, and that is what should be reflected on the September invoices. We should not even get October invoices.

**Jessica Anderson, RN, CCO**
**Chief Clinical Officer**
**Remarkable Healthcare**
**(817)932-4473**



**From:** Holly Keath <Holly.Keath@landmarkhc.com>
**Date:** Friday, November 2, 2018 at 10:27 AM
**To:** "Pepperdine, Pamela" <ppepperdine@remarkablehealthcare.net>
**Cc:** Jessica Anderson <janderson@remarkablehealthcare.net>, Julie Davis <Julie.Davis@landmarkhc.com>, Michael Everage <Michael.Everage@landmarkhc.com>
**Subject:** September Invoices

Good Morning,

I received this correspondence from Bonnie regarding September invoices. My records show that these were sent to you on 10/04/18, but I have attached them for your records again. We will send out October's invoice next week.

If you need copies of the previous unpaid and past due months, I would be happy to send those to you as well. Please let me know.
**-Carrollton/Prestonwood: Jun-Aug 2018**
**-Dallas: May-Aug 2018**
**-Fort Worth: May-Aug 2018**


Also, our Director of Operations, Julie Davis, has tried to reach out to Jessica Anderson via phone regarding scheduling of the equipment pickup. As of today, she hasn't heard back from her.

Should you have any questions, please contact us.

Thank you!

Holly Keath
Reimbursement Manager



3455 NE Loop 820
Fort Worth TX 76137

877.693.0007 Toll Free
866.338.0816 Fax

CONFIDENTIALITY NOTICE This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

**From:** Bonnie Belt <Bonnie.Belt@landmarkhc.com>
**Sent:** Wednesday, October 31, 2018 2:20 PM
**To:** Holly Keath <Holly.Keath@landmarkhc.com>
**Subject:** FW: Final Invocies

**Bonnie Belt**

*Collections Administrator*



3455 Northeast Loop 820

Fort Worth, Texas 76137

817.529.2145  direct

877.693.0007  toll free

**From:** Pepperdine, Pamela <ppepperdine@remarkablehealthcare.net>
**Sent:** Wednesday, October 31, 2018 11:46 AM
**To:** Bonnie Belt <Bonnie.Belt@landmarkhc.com>
**Cc:** Anderson, Jessica <janderson@remarkablehealthcare.net>
**Subject:** Final Invocies

Bonnie,

Please email me our final bills for September.

*Thank you,*

*Pam Pepperdine*
Accounting Specialist
ppepperdine@remarkablehealthcare.net



Remarkable Healthcare
PO Box 164966
Fort Worth, TX 76161-4966

830-560-0968 Cell phone
817-847-1860 ext 104 office
817-847-0685 fax

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.