**Remarkable Healthcare**
**Exhibit B**
**Plan Waterfall Chart**

| Transaction Structure | |
|---|---:|
| **Revolving Credit Facility** | |
| Facility Size | 5,000,000 |
| Funding Availability at Close | 3,500,000 |
| Amount Funded at Close | 3,450,000 |
| Liquidity Reserve or Other Use | 50,000 |
| **Upfront Fees** | |
| Underwriting Fee | 2.00% |

| Sources | |
|---|---:|
| Revolving Credit Facility | 3,450,000 |
| **Total Sources** | **$3,450,000** |

| Uses | |
|---|---:|
| **Upfront Fees** | |
| Underwriting Fee | 100,000 |
| **Subtotal** | **100,000** |
| **Professional Fees** | |
| Curtis \| Castillo PC - Debtor | 150,000 |
| Griffin Financial Group - Debtor | 250,000 |
| Searcy & Searcy - Unsecured Creditors Committee | 20,000 |
| **Subtotal** | **420,000** |
| **Other Administrative Expenses** | |
| Pharmscript | 360,000 |
| Estimated Cure Costs (1) | 80,000 |
| **Subtotal** | **440,000** |
| **Estimated Other Closing Costs (2)** | 50,000 |
| **Proceeds for Comerica** | 2,400,000 |
| **Proceeds for Unsecured Creditors** | 20,000 |
| **Proceeds for South Dallas Development Fund** | 20,000 |
| **Cash to Balance Sheet** | - |
| **Total Uses** | **$3,450,000** |

(1) Illustrative estimate based on Debtor's current contract assumption/rejection plans; subject to change
(2) Illustrative estimate for unanticipated other closing costs; Alleon has estimated $20k of legal fees, which is inlcuded in the $50k estimate