**Remarkable Healthcare**
**Exhibit C**
**Chapter 11 5-Year Plan Projections**

|  | 6/1/2019 - 12/31/2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---:|---:|---:|---:|---:|---:|
| **Average Daily Census** | | | | | | |
| Private | 31 | 35 | 37 | 39 | 41 | 41 |
| Medicare | 62 | 65 | 66 | 67 | 68 | 73 |
| Medicaid | 218 | 242 | 261 | 283 | 296 | 293 |
| Managed Care | 20 | 22 | 25 | 26 | 26 | 28 |
| **Total** | **331** | **364** | **389** | **414** | **431** | **434** |
| | | | | | | |
| **Revenue** | **$17,439,295** | **$32,212,735** | **$33,851,665** | **$35,557,505** | **$36,754,580** | **$37,914,870** |
| | | | | | | |
| **Facility Expenses** | | | | | | |
| Nursing Administration Costs | 739,721 | 1,370,585 | 1,378,373 | 1,386,277 | 1,391,391 | 1,391,998 |
| Nursing Services | 4,701,029 | 8,865,508 | 9,440,733 | 9,867,229 | 10,183,841 | 10,119,352 |
| Nursing Services - Medicare A | 1,778,967 | 3,444,913 | 3,665,731 | 4,149,743 | 4,332,993 | 4,408,109 |
| Nursing Services - Medicare B | 314,095 | 621,987 | 661,520 | 705,605 | 762,937 | 754,536 |
| Nursing Services - Insurance | 412,012 | 746,544 | 788,095 | 850,201 | 908,781 | 894,027 |
| Nursing Services - MCD | 11,361 | 23,330 | 24,677 | 26,119 | 27,180 | 27,525 |
| Medical Records | 132,193 | 243,218 | 244,960 | 247,099 | 248,521 | 249,148 |
| Food Services | 1,025,717 | 1,949,975 | 2,063,328 | 2,185,733 | 2,269,479 | 2,290,254 |
| Housekeeping | 228,110 | 430,899 | 458,352 | 487,610 | 506,296 | 510,329 |
| Laundry | 132,331 | 248,456 | 263,903 | 279,915 | 290,661 | 293,126 |
| Maintenance | 817,875 | 1,415,596 | 1,441,994 | 1,465,292 | 1,481,587 | 1,479,106 |
| Activities | 106,221 | 188,632 | 189,513 | 190,397 | 191,183 | 189,494 |
| Social Services | 163,401 | 287,558 | 287,558 | 287,558 | 287,558 | 287,558 |
| Purchased Services | 248,677 | 462,550 | 477,869 | 483,992 | 496,277 | 483,169 |
| General and Administrative | 2,236,143 | 3,999,777 | 4,103,429 | 4,204,519 | 4,274,043 | 4,329,466 |
| Facility Expenses | 3,171,629 | 5,498,026 | 5,583,123 | 5,669,923 | 5,758,459 | 5,848,765 |
| **Total** | **$16,219,479** | **$29,797,553** | **$31,073,158** | **$32,487,212** | **$33,411,186** | **$33,555,962** |
| | | | | | | |
| **LLC Expenses** | | | | | | |
| Remarkable Healthcare Salaries | 676,281 | 1,404,998 | 1,443,665 | 1,666,579 | 1,709,958 | 1,904,640 |
| General and Administrative | 41,849 | 71,860 | 71,860 | 71,860 | 71,860 | 71,860 |
| Human Resource | 6,947 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 |
| Public Relations | 562 | 965 | 965 | 965 | 965 | 965 |
| Facility Operations | 25,154 | 43,944 | 43,944 | 43,944 | 43,944 | 43,944 |
| Facility Expenses | 46,048 | 79,069 | 79,069 | 79,069 | 79,069 | 79,069 |
| **Total** | **$796,841** | **$1,612,765** | **$1,651,432** | **$1,874,346** | **$1,917,725** | **$2,112,407** |
| | | | | | | |
| **Operating Income** | **$422,974** | **$802,417** | **$1,127,075** | **$1,195,948** | **$1,425,669** | **$2,246,502** |
| Senior Revolving Credit Facility Interest | 292,744 | 507,063 | 500,544 | 475,210 | 432,201 | 331,647 |
| Landlord Cure Interest | 42,899 | 68,803 | 62,556 | 55,988 | 49,085 | 41,829 |
| **Pre-Tax Income** | **$87,331** | **$226,551** | **$563,976** | **$664,749** | **$944,383** | **$1,873,025** |
| Est. Taxes | 30,566 | 79,293 | 197,392 | 232,662 | 330,534 | 655,559 |
| **Net Income** | **$56,765** | **$147,258** | **$366,584** | **$432,087** | **$613,849** | **$1,217,467** |
| | | | | | | |
| **Memo: EBITDA** | | | | | | |
| Net Income | 56,765 | 147,258 | 366,584 | 432,087 | 613,849 | 1,217,467 |
| Plus: Interest | 335,643 | 575,866 | 563,099 | 531,198 | 481,286 | 373,476 |
| Plus: Depreciation & Amortization | 97,386 | 167,026 | 167,026 | 167,026 | 167,026 | 167,026 |
| Plus: Est. Taxes | 30,566 | 79,293 | 197,392 | 232,662 | 330,534 | 655,559 |
| **EBITDA** | **$520,360** | **$969,443** | **$1,294,101** | **$1,362,973** | **$1,592,695** | **$2,413,528** |
| | | | | | | |
| **Memo: End of Period Balances** | | | | | | |
| Cash | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 |
| Senior Revolving Credit Facility Outstanding | 3,469,319 | 3,524,649 | 3,379,401 | 3,175,217 | 2,786,175 | 1,788,272 |
| Landlord Cure Outstanding | 1,431,530 | 1,309,415 | 1,181,053 | 1,046,124 | 904,291 | 755,202 |
| MCA Recovery Outstanding | 225,000 | 187,500 | 137,500 | 87,500 | 37,500 | - |
| Unsecured Creditor Recovery Outstanding | 30,000 | 20,000 | 10,000 | - | - | - |