# EXHIBIT E
**Remarkable Healthcare Disclosure Statement Liquidation Analysis***
**Prepared April 5, 2019**

| Asset | Estimated Ch. 11 Reorganization Value | | Estimated Ch. 7 Liquidation Value | |
|---|---|---|---|---|
| Cash/Bank Accounts | $ 300,000 | 100% | $ 300,000 | 100% |
| Accounts Receivable (85% loan value of qualifying est. timely recoverable amt. of total AR of approx. $10 million) | $ 3,500,000 | 35% | $ 2,500,000 | 25% |
| **Total Cash** | **$ 3,800,000** | | **$ 2,800,000** | |
| Office Equip. (personal computers, handsets, desks, copier, etc.) | $ - | | $ - | |
| FF&E (resident room furniture, dining room furniture, etc.) and perishable inventory | $ 150,000 | 100% | $ 45,000 | 30% |
| **Total Other Assets** | **$ 150,000** | | **$ 45,000** | |
| **Total Assets** | **$ 3,950,000** | | **$ 2,845,000** | |
| Chapter 11 UST Quarterly Fees (incurred and unpaid) | $ 65,000 | | $ 65,000 | |
| Chapter 11 Admin. Claims (incurred and unpaid) | $ 780,000 | | $ 530,000 | |
| Chapter 7 Professional Claims (incurred only if Plan fails) | $ - | | $ 500,000 | |
| Chapter 7 Admin Fees (incurred by Texas Health and Human Services for patient relocation only if Plan fails) | $ - | | $ 100,000 | |
| Chapter 7 Trustee Fees (incurred only if Plan fails) | $ - | | $ 71,125 | |
| **Total Administrative Payments** | **$ 845,000** | | **$ 1,266,125** | |
| **Remaining Assets after Payment of Administrative Expenses** | **$ 3,105,000** | | **$ 1,578,875** | |
| | **Ch. 11 Reorg Plan:** | | **Ch. 7 Liquidation:** | |
| Non-Classified Priority Tax Claims | $ 1,000 | 100% | $ - | 0% |
| Recovery for Secured Non-Tax Claims of Comerica Bank | $ 2,400,000 | 48% | $ 1,578,875 | 32% |
| Recovery for Secured Non-Tax Claims of MCP | $ 230,000 | 46% | $ - | 0% |
| Recovery for Secured Non-Tax Claims of 4 Landlords | $ 1,500,000 | 100% | $ - | 0% |
| Recovery for Securd Non-Tax Claims of PeopleFund | $ 20,000 | 50% | $ - | 0% |
| Recovery for General Unsecured Claims | $ 50,000 | 2% | $ - | 0% |
| **Total Recovery for Creditors not paid by prior Court order** | **$ 4,201,000** | **in Ch. 11** | **$ 1,578,875** | **in Ch. 7** |

*All amounts are non-binding, good-faith estimates based upon the Debtors' continuing analysis and review.