# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **REMARKABLE HEALTHCARE** § | **Chapter 11** |
| **OF CARROLLTON, LP et al[1].,** § | **Case No. 18-40295** |
| § | **(Jointly Administered)** |
| Debtors. § | |

**BALLOT FOR HOLDERS OF CLAIMS OR INTERESTS AGAINST
REMARKABLE HEALTHCARE OF CARROLLTON, LP et al.
TO ACCEPT OR REJECT DEBTORS' PLAN OF REORGANIZATION**

**VOTING DEADLINE:** **May 10, 2019, 4:00 p.m.,** Central Time

Before voting, please read the Voting Instructions within the Disclosure Statement and Disclosure Statement Order. This Ballot is intended for use by holders of impaired Claims or Interests to vote on the Debtors' Chapter 11 Plan of Reorganization, dated April 9, 2019, as may be amended or modified thereafter (the "Plan"). Please note that you *must indicate* below (1) the amount of each Claim or Interest and (2) which Claim(s) or Interest(s) are accepting the Plan and which Claim(s) or Interest(s) are rejecting the Plan. All capitalized terms used in this Ballot shall have the meaning ascribed to such capitalized terms in the Plan, unless otherwise herein defined.

**(If the amount listed below for your Claim or Interest is blank or incorrect, please fill in the blanks with the appropriate amount you believe you were owed as of February 12, 2018 from each respective Debtor which is the petition date of the Debtors' bankruptcy filing.)** The undersigned, a creditor or interest holder of hereby votes to:

☐ **ACCEPT THE PLAN**     -OR-     ☐ **REJECT THE PLAN**

## REMARKABLE HEALTHCARE OF CARROLLTON LP CLASSES

| | |
|---|---|
| Class 1: Secured Tax Claims of the Denton County | $_____ |
| Class 2: Secured Non-Tax Claims of Comerica Bank | $_____ |
| Class 3: Secured Non-Tax Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 4: Secured Non-Tax Claim of IPFS Corporation | $_____ |
| Class 5: Secured Non-Tax Claim of Mustang NH, LLC | $_____ |
| Class 6: Priority Non-Tax Unsecured Claims | $_____ |

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

| | |
|---|---|
| Class 7:  Unsecured Deficiency Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 8:  General Unsecured Claims | $_____ |
| Class 9:  General Equity Interests | $_____ |

## REMARKABLE HEALTHCARE OF DALLAS, LP CLASSES

| | |
|---|---|
| Class 1:  Secured Non-Tax Claims of Comerica Bank | $_____ |
| Class 2: Secured Non-Tax Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 3:  Secured Non-Tax Claim of GMP Dallas, NH, Ltd. | $_____ |
| Class 4:  Secured Non-Tax Claim of PeopleFund | $_____ |
| Class 5:  Priority Non-Tax Unsecured Claims | $_____ |
| Class 6:  Unsecured Deficiency Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 7:  General Unsecured Claims | $_____ |
| Class 8:  General Equity Interests | $_____ |

## REMARKABLE HEALTHCARE OF FORT WORTH, LP CLASSES

| | |
|---|---|
| Class 1: Secured Tax Claim of Tarrant County | $_____ |
| Class 2:  Secured Non-Tax Claims of Comerica Bank | $_____ |
| Class 3: Secured Non-Tax Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 4:  Secured Non-Tax Claim of WAG Development, Ltd | $_____ |
| Class 5:  Secured Non-Tax Claim of PeopleFund | $_____ |
| Class 6:  Priority Non-Tax Unsecured Claims | $_____ |
| Class 7:  Unsecured Deficiency Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 8:  General Unsecured Claims | $_____ |
| Class 9:  General Equity Interests | $_____ |

## REMARKABLE HEALTHCARE OF SEGUIN, LP CLASSES

| | |
|---|---|
| Class 1:  Secured Non-Tax Claims of Comerica Bank | $_____ |
| Class 2: Secured Non-Tax Claims of Montgomery Capital Partners I, LP | $_____ |

| | |
|---|---|
| Class 3: Secured Non-Tax Claim of Guadalupe NH Development, Ltd. | $_____ |
| Class 4: Secured Non-Tax Claim of PeopleFund | $_____ |
| Class 5: Priority Non-Tax Unsecured Claims | $_____ |
| Class 6: Unsecured Deficiency Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 7: General Unsecured Claims | $_____ |
| Class 8: General Equity Interests | $_____ |

## REMARKABLE HEALTHCARE, LLC CLASSES

| | |
|---|---|
| Class 1: Secured Non-Tax Claims of Comerica Bank | $_____ |
| Class 2: Secured Non-Tax Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 3: Secured Non-Tax Claim of Mustang NH, LLC | $_____ |
| Class 4: Secured Non-Tax Claim of PeopleFund | $_____ |
| Class 5: Priority Non-Tax Unsecured Claims | $_____ |
| Class 6: Unsecured Deficiency Claims of Montgomery Capital Partners I, LP | $_____ |
| Class 7: General Unsecured Claims | $_____ |
| Class 8: General Equity Interests | $_____ |

**Certification:** By signing this Ballot, the undersigned certifies that such undersigned is the owner of the Claim or Interest voted herein, and has the right and authority to vote this Claim or Interest.

**Signed:** _____

**Print name:** _____

**Title (if applicable):** _____

**Company (Creditor) name:** _____

**Date:** _____

## VOTING INSTRUCTIONS

The Debtors' have proposed the Plan in favor of creditors of the Debtors. The Plan is summarized in the Debtors' Second Amended Disclosure Statement Under 11 U.S.C. § 1125 In Support of the Debtors' Joint Plan of Reorganization, dated April 9, 2019 (the "<u>Disclosure Statement</u>"), which was approved by the United States Bankruptcy Court on April 9, 2019, and is enclosed in the solicitation package provided to you. Ballots are being transmitted to impaired creditors and interest holders so that they may vote to accept or reject the Plan. Such impaired creditors and interest holders are urged to read the Plan and Disclosure Statement prior to completing this Ballot. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan can be confirmed by the Bankruptcy Court, and thereby made binding upon you, if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the Claims in each impaired Class that votes on the Plan. In the event the requisite acceptances are not obtained, the Debtors will request the Court to nevertheless confirm the Plan by finding that the Plan satisfies the requirements of 11 U.S.C. § 1129(b).

To have your vote counted, you must fully complete and return this Ballot in the pre-addressed reply envelope enclosed for this purpose, or alternatively, your fully executed Ballot must be returned and actually received, whether by mail, hand-delivery or facsimile to:

Mark A. Castillo
Curtis | Castillo PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Tel 214.752.2222, Fax 214.752.0709

**SIGNED AND COMPLETED BALLOTS MUST BE ACTUALLY RECEIVED BY 4:00 P.M., CENTRAL TIME, ON MAY 10, 2019 TO BE COUNTED.** If you have any questions about the voting process, please call Curtis | Castillo PC as noted above. Please note that creditors should vote all of their Claims or Interests, within any particular Class, either for acceptance or rejection of the Plan.

**PLEASE NOTE** that the following errors or omissions may cause your vote not to be counted; (1) failure to designate either an acceptance or rejection of the Plan; (2) failure to write in the creditor's/claimant's name, (3) failure to sign your Ballot, (4) failure to timely mail your Ballot so that it is received at the above address by **May 10, 2019** at 4:00 p.m. (Central Time).

**PLEASE ALSO NOTE THAT THIS BALLOT IS FOR VOTING PURPOSES ONLY AND DOES NOT CONSTITUTE AND SHALL NOT BE DEEMED A PROOF OF CLAIM OR AN ADMISSION BY THE DEBTORS OF THE VALIDITY OR AMOUNT OF A CLAIM.**