## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **REMARKABLE HEALTHCARE OF** | § | Case No. 18-40295 |
| **CARROLLTON, LP,** *et al.*,[1] | § | (Jointly Administered) |
| | § | |
| **DEBTORS.** | § | |

## REORGANIZED DEBTORS' FIRST POST-CONFIRMATION REPORT

COME NOW the Reorganized Debtors in this matter (hereinafter the "Debtors") and, pursuant to Rule 2015-1(c) of the Local Rules governing this Court, file this, their First Post-Confirmation Report, and would show the Court as follows:

1. Debtors anticipate the confirmed Plan will be substantially consummated but a final decree is not appropriate at this time because Debtors are still negotiating resolution of administrative expense claims with Pharmscript of Texas, LLC; US Foods, Inc.; and Landmark Healthcare, Inc.

2. No status conferences regarding any dispositive motions or applications are set at this time.

---

[1] The Reorganized Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

---

Dated: November 15, 2019

Respectfully submitted,

*/s/Mark A. Castillo*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
mcastillo@curtislaw.net
rrowe@curtislaw.net

COUNSEL FOR REORGANIZED DEBTOR

## CERTIFICATE OF SERVICE

This is to certify that, on November 15, 2019, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties requesting electronic service in this case.

*/s/Robert C. Rowe*
Robert C. Rowe

___

**REORGANIZED DEBTORS' FIRST POST-CONFIRMATION REPORT**