United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas 75702
(903) 590-1450

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REMARKABLE HEALTHCARE OF | § | Case No. 18-40295 |
| CARROLLTON, LP | § | Chapter 11 |
| | § | |
| DEBTORS. | § | Jointly Administered Under Case No. 18-40295 |
| | § | |

---

**OBJECTION OF THE U.S. TRUSTEE**
**TO ISSUANCE OF FINAL DECREE AND REQUEST FOR HEARING**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

COMES NOW the United States Trustee and files this Objection to the Issuance of a Final

Decree in this case and in support thereof would show the court as follows:

1).      A Plan of Reorganization was confirmed in this case by Order of May 16, 2019.  On

February 4, 2020, the Debtors filed an Application for Final Decree *(Docket #446)*.

2).      On January 27, 1996, 28 U.S.C. §1930(a)(6) was amended to require the payment of

quarterly fees to the United States Trustee in every Chapter 11 case until the case is dismissed or

converted to another chapter, or the case is closed.  Section 1930(a)(6), as amended, now provides

that quarterly fees shall be paid " in each case under chapter 11 of title 11 for each quarter . . . until

the case is converted or dismissed, whichever occurs first." H.R. Conf. Rep. No. 378, 104th Cong.,

1st Sess. 15-25 (1995), printed in 141 Cong. Rec. H13874-01, H13878 (1995); 28 U.S.C.

'1930(a)(6).  Accordingly, Congress has mandated that quarterly fees be paid in all open chapter 11

cases, including those with previously confirmed plans.

3).    Debtors haves failed to timely pay quarterly fees ("Fees") to the United States

Trustee in amounts below:

- **Remarkable Healthcare of Carrollton -$4,885.69;**

- **Remarkable Healthcare of Dallas-$4,891.24;**

- **Remarkable Healthcare of Ft. Worth -$71,032.24;**

- **Remarkable Healthcare of Seguin -$4,885.69;**

- **Remarkable Healthcare, LLC -$662.46;**

This consists of the 4th quarter 2019.  Debtors will also owe Fees for the 1st quarter 2020.

The Quarterly Fees are owed and should be paid through the case closing.

4.)    The United States Trustee objects to issuance of a Final Decree until the Fees are

paid.


WHEREFORE, PREMISES CONSIDERED, the United States Trustee requests this Court

deny the issuance of a Final Decree in this case until Debtors have made payment of all Quarterly

Fees owed to the U.S. Trustee.  In the alternative, the U.S. Trustee requests this Court to issue an

order requiring the reorganized Debtor to pay all Quarterly Fees due and owing through the issuance

of the Final Decree. This payment should be made within 10 days of the date of entry of the Final

Decree.


Dated:  January 29, 2020

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE


By: */s/John Vardeman*
   John Vardeman
   Trial Attorney
   TX SBN 20496260
   110 N. College Avenue, Suite 300
   Tyler, Texas 75702
   (903) 590-1450; Fax (903) 590-1461

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the courts electronic notification system as permitted by Appendix 5005 II. B. 2 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than the 20th of February 2020.

 */s/ John Vardeman*
John Vardeman

**DEBTORS**
Remarkable Healthcare of Carrollton, LP
4501 Plano Parkway
Carrollton, TX 75010

Remarkable Healthcare of Dallas, LP
3350 Bonnie View Road
Dallas, TX 75216

Remarkable Healthcare of Fort Worth, LP
6649 N. Riverside Drive
Fort Worth, TX 76137

Remarkable Healthcare of Seguin, LP
1339 Eastwood Drive
Seguin, TX 78155

Remarkable Healthcare, LLC
904 Emerald Blvd.
Southlake, TX 76092

**DEBTORS' ATTORNEY**
Bryan C. Assink
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102

Mark A. Castillo
Stephanie D. Curtis
Curtis Castillo P.C.
Bank of America Plaza, Suite 6515
901 Main Street
Dallas, TX 75202

**COMMITTEE**
Chad Michel
Medicine Chest Institutional Pharmacy Group, LLC
815 South Broadway
Tyler, TX 75701

Shane Reed
Medline Industries
Three Lakes Drive
Northfield, IL 60093

**NOTICE OF APPREARANCE**
Joseph Wielebinski
Phillip Lamberson
Annmarie Chiarello
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201

J. Casey Roy
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251

DARRELL W. COOK
CATHERINE A. KEITH
6688 North Central Expressway, Suite 1000
Dallas, TX 75206

Lee Gordon
P.O. Box 1269
Round Rock, Texas 78680

David L. Staab
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, TX 76102

Aaron Z. Tobin, Esq.
J. Seth Moore, Esq.
Kendal B. Reed, Esq.
Condon Tobin Sladek Thornton, PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231

Patrick L. Hughes
HAYNES AND BOONE LLP
1221 McKinney, Suite 2100
Houston, TX 77010

RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701

KENNETH B. CHAIKEN
ALLEN ROACH
CHAIKEN & CHAIKEN, P.C.
Legacy Town Center III
5801 Tennyson Pkwy, Suite 440
Plano, Texas   75024

Mark E. Andrews
Aaron M. Kaufman
DYKEMA COX SMITH
1717 Main Street, Suite 4200
Dallas, Texas 75201

Louis A. Shaff
PREVOST, SHAFF, MASON & CARNS, PLLC
5560 Tennyson Pkwy., Suite 260
Plano, Texas 75024

STEPHANIE LAIRD TOLSON
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002

SEARCY & SEARCY, P.C.
Joshua P. Searcy
Callan C. Searcy
P. O. Box 3929
Longview, Texas 75606

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Jason Starks
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

JEFF CARRUTH
Eleven Greenway Plaza, Suite 1400
Houston, TX 77046

John D. Elrod
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305

Christopher Mosley
City of Fort Worth
200 Texas St
Fort Worth, TX 76102

Lynn H. Butler
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Jameson J. Watts
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251

Joseph Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

Mark B. French
Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021