CASE NAME: Remarkable Healthcaer of Dallas, LP

CASE NUMBER: 18-40296

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Printed Name of Responsible Party: Laurie Beth McPike

Title: President and CEO

Date: 04.15.20

PREPARER:

Original Signature of Preparer

Printed Name of Preparer: Diane Ayoubi

Title: VP of Operations

Date: 04.15.20

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Remarkable Healthcaer of Dallas, LP

CASE NUMBER: 18-40296

QUARTER ENDING:

| | | |
|---|---|---|
| 1  BEGINNING OF QUARTER CASH BALANCE: | | $5,389.55 |
| (I). Transfers B/W Accounts | + | -$981,456.11 |
| CASH RECEIPTS: | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | |
| (a). Cash receipts from business operations | + | $1,316,236.30 |
| (b). Cash receipts from loan proceeds | + | $0.00 |
| (c). Cash receipts from contributed capital | + | $0.00 |
| (d). Cash receipts from tax refunds | + | $0.00 |
| (e). Cash receipts from other sources | + | $0.00 |
| 2  TOTAL CASH RECEIPTS | = | $1,316,236.30 |
| CASH DISBURSEMENTS: | | |
| (A). PAYMENTS MADE UNDER THE PLAN: | | |
| (I). Administrative | + | $0.00 |
| (2). Secured Creditors | + | $0.00 |
| (3). Priority Creditors | + | $0.00 |
| (4). Unsecured Creditors | + | $0.00 |
| (5). Additional Plan Payments | + | $0.00 |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| (1). General Business | + | $294,943.12 |
| (2). Other Disbursements (Bank Fee) | + | $5,408.83 |
| 3  TOTAL DISBURSEMENTS THIS QUARTER | | $300,351.95 |
| 4  CASH BALANCE END OF QUARTER | = | $39,817.79 |

POST CONFIRMATION

QUARTERLY BANK RECONCILEMENT

CASE NAME: Remarkable Healthcaer of Dallas, LP

CASE NUMBER: 18-40296

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts'with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING:

| | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | | TOTAL |
|---|---|---|---|---|---|---|---|
| A. | Bank | Regions | Regions | Regions | | | |
| B. | Account Number | * 6153 | 6005 | 5805 | | | |
| C. | Purpose (Type) | Disbursement | Commercial Receivables | Govt Receivables | | | |
| 1 | Balance Per Bank Statement | $15,348.78 | $23,969.01 | $500.00 | | | $39,817.79 |
| 2 | Add: Total Deposits Not Credited | $0.00 | $0.00 | $0.00 | | + | $0.00 |
| 3 | Subtract: Outstanding Checks | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 4 | Other Reconciling Items | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 5 | Month End Balance Per Books | $15,348.78 | $23,969.01 | $500.00 | | = | $39,817.79 |
| 6 | Number of Last Check Written | 6210 | N/A | N/A | | | |
| 7 | Cash: Currency on Hand | $0.00 | $0.00 | $0.00 | | + | $0.00 |
| 8 | Total Cash - End Of Month | $15,348.78 | $23,969.01 | $500.00 | | = | $39,817.79 |

| | CASH IN: INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | Value |
| 9 | N/A | N/A | N/A | | + | |
| 10 | N/A | N/A | N/A | | + | |
| 11 | N/A | N/A | N/A | | + | |
| 12 | N/A | N/A | N/A | | + | |
| 13 | Total Cash Investments | N/A | N/A | | = | $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | $39,817.79 |
| | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report

CASE NAME: Remarkable Healthcare of Fort Worth, LP

CASE NUMBER: 18-40297

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party *[signature]*

Printed Name of Responsible Party   Laurie Beth McPike

Title   President and CEO

Date   04.15.20

PREPARER:

Original Signature of Preparer *[signature]*

Printed Name of Preparer   Diane Ayoubi

Title   VP of Operations

Date   04.15.20

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Remarkable Healthcare of Fort Worth, LP

CASE NUMBER: 18-40297

QUARTER ENDING:

| | | |
|---|---|---:|
| 1 | BEGINNING OF QUARTER CASH BALANCE: | $46,306.70 |
| | (I). Transfers | + $2,209,297.94 |
| | CASH RECEIPTS: | |
| | CASH RECEIPTS DURING CURRENT QUARTER: | |
| | (a). Cash receipts from business operations | + $1,299,264.31 |
| | (b). Cash receipts from loan proceeds | + $0.00 |
| | (c). Cash receipts from contributed capital | + $0.00 |
| | (d). Cash receipts from tax refunds | + $0.00 |
| | (e). Cash receipts from other sources | + $0.00 |
| 2 | TOTAL CASH RECEIPTS | = $1,299,264.31 |
| | CASH DISBURSEMENTS: | |
| | (A). PAYMENTS MADE UNDER THE PLAN: | |
| | (I). Administrative | + $0.00 |
| | (2). Secured Creditors | + $0.00 |
| | (3). Priority Creditors | + $0.00 |
| | (4). Unsecured Creditors | + $0.00 |
| | (5). Additional Plan Payments | + $0.00 |
| | (B). OTHER PAYMENTS MADE THIS QUARTER: | $0.00 |
| | (1). General Business | + $3,404,393.83 |
| | (2). Other Disbursements | + $10,030.74 |
| 3 | TOTAL DISBURSEMENTS THIS QUARTER | $3,414,424.57 |
| 4 | CASH BALANCE END OF QUARTER | = $140,444.38 |

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Remarkable Healthcare of Fort Worth, LP

CASE NUMBER: 18-40297

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll
and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental
obligations, etc. Accounts'with restricted funds should be identified by placing an asterisk next to the account number.
Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING:

| | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | | TOTAL |
|---|---|---|---|---|---|---|---|
| A. | Bank | Regions | Regions | Regions | | | |
| B. | Account Number | 6188 | 2406 | 2384 | | | |
| C. | Purpose (Type) | Disbursements | Comm Receiva | GOVT Receivables | | | |
| 1 | Balance Per Bank Statement | $121,492.17 | $18,452.21 | $500.00 | | | ######### |
| 2 | Add: Total Deposits Not Credited | $0.00 | $0.00 | $0.00 | | + | $0.00 |
| 3 | Subtract: Outstanding Checks | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 4 | Other Reconciling Items | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 5 | Month End Balance Per Books | $121,492.17 | $18,452.21 | $500.00 | | = | ######### |
| 6 | Number of Last Check Written | 8260 | N/A | N/A | | | |
| 7 | Cash: Currency on Hand | $0.00 | $0.00 | $0.00 | | + | $0.00 |
| 8 | Total Cash - End Of Month | $121,492.17 | $18,452.21 | $500.00 | | = | ######### |

| | CASH IN: INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | Value |
| 9 | N/A | N/A | N/A | | + | |
| 10 | N/A | N/A | N/A | | + | |
| 11 | N/A | N/A | N/A | | + | |
| 12 | N/A | N/A | N/A | | + | |
| 13 | Total Cash Investments | | | | = | $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | ######### |
| | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report

CASE NAME: Remarkable Healthcare of LLC

CASE NUMBER: 18-40300

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Printed Name of Responsible Party    Laurie Beth McPike

Title    President and CEO

Date    04.15.20

PREPARER:

Original Signature of Preparer

Printed Name of Preparer    Diane Ayoubi

Title    VP of Operations

Date    04.15.20

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Remarkable Healthcare of LLC

CASE NUMBER: 18-40300

QUARTER ENDING:

| | | |
|---|---|---|
| 1 BEGINNING OF QUARTER CASH BALANCE: | | $3,943.76 |
| (I). Transfers (Intercompany) | + | $139,550.00 |
| CASH RECEIPTS: | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | |
| (a). Cash receipts from business operations | + | $0.00 |
| (b). Cash receipts from loan proceeds | + | $0.00 |
| (c). Cash receipts from contributed capital | + | $0.00 |
| (d). Cash receipts from tax refunds | + | $0.00 |
| (e). Cash receipts from other sources | + | $0.00 |
| 2 TOTAL CASH RECEIPTS | = | $143,493.76 |
| CASH DISBURSEMENTS: | | |
| (A). PAYMENTS MADE UNDER THE PLAN: | | |
| (I). Administrative | + | $0.00 |
| (2). Secured Creditors | + | $0.00 |
| (3). Priority Creditors | + | $0.00 |
| (4). Unsecured Creditors | + | $0.00 |
| (5). Additional Plan Payments | + | $0.00 |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| (1). General Business | + | $134,898.70 |
| (2). Other Disbursements - Bank Fees | + | $2,543.71 |
| 3 TOTAL DISBURSEMENTS THIS QUARTER | | $137,442.41 |
| 4 CASH BALANCE END OF QUARTER | = | $6,051.35 |

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Remarkable Healthcare of LLC

CASE NUMBER: 18-40300

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll
and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental
obligations, etc. Accounts'with restricted funds should be identified by placing an asterisk next to the account number.
Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING:

|   | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | | TOTAL |
|---|---|---|---|---|---|---|---|
| A. | Bank | Regions | | | | | |
| B. | Account Number | 6533 | | | | | |
| C. | Purpose (Type) | Disbursements | | | | | |
| 1 | Balance Per Bank Statement | $6,051.35 | | | | | $6,051.35 |
| 2 | Add: Total Deposits Not Credited | $0.00 | | | | + | $0.00 |
| 3 | Subtract: Outstanding Checks | $0.00 | | | | | $0.00 |
| 4 | Other Reconciling Items | $0.00 | | | | | $0.00 |
| 5 | Month End Balance Per Books | $6,051.35 | | | | = | $6,051.35 |
| 6 | Number of Last Check Written | 300 | | | | | |
| 7 | Cash: Currency on Hand | $0.00 | | | | + | $0.00 |
| 8 | Total Cash - End Of Month | $6,051.35 | | | | = | $6,051.35 |

|   | CASH IN: INVESTMENT ACCOUNTS | | | | | | |
|---|---|---|---|---|---|---|---|
|   | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | | Value |
| 9 | N/A | N/A | N/A | | | + | |
| 10 | N/A | N/A | N/A | | | + | |
| 11 | N/A | N/A | N/A | | | + | |
| 12 | N/A | N/A | N/A | | | + | |
| 13 | Total Cash Investments | | | | | = | $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | | $6,051.35 |
|   | | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report

CASE NAME: Remarkable Healthcare of Carrollton, LP

CASE NUMBER: 18-40295

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party  *[signed]*

Printed Name of Responsible Party    Laurie Beth McPike

Title    President and CEO

Date    04.15.20

PREPARER:

Original Signature of Preparer   *[signed]*

Printed Name of Preparer    Diane Ayoubi

Title    VP of Operations

Date    04.15.20

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Remarkable Healthcare of Carrollton, LP

CASE NUMBER: 18-40295

QUARTER ENDING:

| | | |
|---|---|---|
| 1 BEGINNING OF QUARTER CASH BALANCE: | | $14,535.10 |
| (I). Transfers (intercompany) | + | -$892,221.81 |
| CASH RECEIPTS: | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | |
| (a). Cash receipts from business operations | + | $1,288,380.23 |
| (b). Cash receipts from loan proceeds | + | $0.00 |
| (c). Cash receipts from contributed capital | + | $0.00 |
| (d). Cash receipts from tax refunds | + | $0.00 |
| (e). Cash receipts from other sources | + | $0.00 |
| 2 TOTAL CASH RECEIPTS | = | $410,693.52 |
| CASH DISBURSEMENTS: | | |
| (A). PAYMENTS MADE UNDER THE PLAN: | | |
| (I). Administrative | + | $0.00 |
| (2). Secured Creditors | + | $0.00 |
| (3). Priority Creditors | + | $0.00 |
| (4). Unsecured Creditors | + | $0.00 |
| (5). Additional Plan Payments | + | $0.00 |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| (1). General Business | + | $355,641.24 |
| (2). Other Disbursements | + | $6,509.96 |
| 3 TOTAL DISBURSEMENTS THIS QUARTER | | $362,151.20 |
| 4 CASH BALANCE END OF QUARTER | = | $48,542.32 |

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Remarkable Healthcare of Carrollton, LP

CASE NUMBER: 18-40295

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll
and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental
obligations, etc. Accounts'with restricted funds should be identified by placing an asterisk next to the account number.
Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING:

| | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | | TOTAL |
|---|---|---|---|---|---|---|---|
| A. | Bank | Regions | Regions | Regions | | | |
| B. | Account Number | * 6161 | 5998 | 8009 | | | |
| C. | Purpose (Type) | PWD Disbursements | Comm Receivables | GOVT Receivables | | | |
| 1 | Balance Per Bank Statement | $27,428.83 | $20,613.49 | $500.00 | | | $48,542.32 |
| 2 | Add: Total Deposits Not Credited | 0 | $0.00 | $0.00 | | + | $0.00 |
| 3 | Subtract: Outstanding Checks | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 4 | Other Reconciling Items | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 5 | Month End Balance Per Books | $27,428.83 | $20,613.49 | $500.00 | | = | $48,542.32 |
| 6 | Number of Last Check Written | 5218 | N/A | N/A | | | |
| 7 | Cash: Currency on Hand | $0.00 | $0.00 | $0.00 | | + | $0.00 |
| 8 | Total Cash - End Of Month | $27,428.83 | $20,613.49 | $500.00 | | = | $48,542.32 |

| | CASH IN: INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | Value |
| 9 | N/A | N/A | N/A | | + | |
| 10 | N/A | N/A | N/A | | + | |
| 11 | N/A | N/A | N/A | | + | |
| 12 | N/A | N/A | N/A | | + | |
| 13 | Total Cash Investments | | | | = | $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | $48,542.32 |
| | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report

CASE NAME: Remarkable Healthcare of Seguin, LP

CASE NUMBER: 18-40298

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Printed Name of Responsible Party: Laurie Beth McPike

Title: President and CEO

Date: 04.15.20

PREPARER:

Original Signature of Preparer

Printed Name of Preparer: Diane Ayoubi

Title: VP of Operations

Date: 04.15.20

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Remarkable Healthcare of Seguin, LP

CASE NUMBER: 18-40298

QUARTER ENDING:

| | | |
|---|---|---|
| 1 BEGINNING OF QUARTER CASH BALANCE: | | $11,358.46 |
| (I). Transfers (Intercompany) | + | -$1,053,334.32 |
| CASH RECEIPTS: | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | |
| (a). Cash receipts from business operations | + | $1,405,413.53 |
| (b). Cash receipts from loan proceeds | + | |
| (c). Cash receipts from contributed capital | + | |
| (d). Cash receipts from tax refunds | + | |
| (e). Cash receipts from other sources | + | |
| 2 TOTAL CASH RECEIPTS | = | $363,437.67 |
| CASH DISBURSEMENTS: | | |
| (A). PAYMENTS MADE UNDER THE PLAN: | | |
| (I). Administrative | + | $0.00 |
| (2). Secured Creditors | + | $0.00 |
| (3). Priority Creditors | + | $0.00 |
| (4). Unsecured Creditors | + | $0.00 |
| (5). Additional Plan Payments | + | $0.00 |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| (1). General Business | + | $319,260.23 |
| (2). Other Disbursements | + | $5,492.00 |
| 3 TOTAL DISBURSEMENTS THIS QUARTER | | $324,752.23 |
| 4 CASH BALANCE END OF QUARTER | = | $38,685.44 |

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Remarkable Healthcare of Seguin, LP

CASE NUMBER: 18-40298

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts'with restricted funds should be identified by placing an asterisk next to the account number.
Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING:

| | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | TOTAL |
|---|---|---|---|---|---|---|
| A. | Bank | Regions | Regions | Regions | | |
| B. | Account Number | 6196 | 4869 | 7297 | | |
| C. | Purpose (Type) | Disbursements | Commerical Receivables | Govt Receivables | | |
| 1 | Balance Per Bank Statement | $15,197.79 | $22,987.65 | $500.00 | | $38,685.44 |
| 2 | Add: Total Deposits Not Credited | $0.00 | $0.00 | $0.00 | + | $0.00 |
| 3 | Subtract: Outstanding Checks | $0.00 | $0.00 | $0.00 | | $0.00 |
| 4 | Other Reconciling Items | $0.00 | $0.00 | $0.00 | | $0.00 |
| 5 | Month End Balance Per Books | $15,197.79 | $22,987.65 | $500.00 | = | $38,685.44 |
| 6 | Number of Last Check Written | 7223 | N/A | N/A | | |
| 7 | Cash: Currency on Hand | $0.00 | $0.00 | $0.00 | + | $0.00 |
| 8 | Total Cash - End Of Month | $15,197.79 | $22,987.65 | $500.00 | = | $38,685.44 |

| | CASH IN: INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | Value |
| 9 | N/A | N/A | N/A | | | + |
| 10 | N/A | N/A | N/A | | | + |
| 11 | N/A | N/A | N/A | | | + |
| 12 | N/A | N/A | N/A | | | + |
| 13 | Total Cash Investments | | | | = | $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | $38,685.44 |
| | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report